# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA DUNAVIN,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>CRESA GLOBAL, INC.<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br>NO. 1:20-cv-05247-CAP-RDC |

## DEFENDANT'S CORPORATE DISCLOSURES

Pursuant to Fed. R. Civ. P., Defendant Cresa Global, Inc. ("Cresa" or "Defendant") discloses as follows:

Cresa Global, Inc. is a non-publicly traded company. No company owns 10% or more of Cresa's stock.

Respectfully submitted this 20th day of January, 2021.

　　　　　　　　　　　　　　　　　　HAWKINS PARNELL & YOUNG LLP

　　　　　　　　　　　　　　　　　　*/s/ Ronald G. Polly, Jr.*
　　　　　　　　　　　　　　　　　　Ronald G. Polly, Jr.
　　　　　　　　　　　　　　　　　　Georgia Bar No. 583264
　　　　　　　　　　　　　　　　　　rpolly@hpylaw.com
　　　　　　　　　　　　　　　　　　David C. Marshall
　　　　　　　　　　　　　　　　　　dmarshall@hpylaw.com
　　　　　　　　　　　　　　　　　　303 Peachtree Street, NE
　　　　　　　　　　　　　　　　　　Suite 4000
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30308

11061415v.1

                Telephone:   (404) 614-7400
                Facsimile:    (404) 614-7500

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LISA DUNAVIN,<br><br>                Plaintiff<br>v.<br><br>CRESA GLOBAL, INC.<br><br>                Defendant. | CIVIL ACTION FILE<br>NO. 1:20-cv-05247-CAP-RDC |

## **CERTIFICATE OF SERVICE**

This is to hereby certify that I have this day electronically filed **DEFENDANT'S CORPORATE DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

MOORMAN PIESCHEL, LLC
Christopher G. Moorman
cgm@moormanpieschel.com
One Midtown Plaza
1360 Peachtree Street, NE
Suite 1205
Atlanta, Georgia 30309

This 20th day of January, 2021.

                                            */s/ Ronald G. Polly, Jr.*
                                            Ronald G. Polly, Jr.
                                            Georgia Bar No. 583264

11061415v.1