IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA DUNAVIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 1:20-cv-05247-CAP-RDC |
| CRESA GLOBAL INC. | : |
| | : |
| Defendant. | : |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Lisa Dunavin and Defendant Cresa Global, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree to the DISMISSAL WITH PREJUDICE of this action, with the Parties to each bear their own costs.

This the 26th day of July, 2021.

*(Signatures of counsel appear on the following page.)*

2

| MOORMAN PIESCHEL LLC | HAWKINS PARNELL & YOUNG, LLP |
|---|---|
| /s/ Christopher G. Moorman<br>Christopher G. Moorman<br>Georgia Bar No. 521490 | /s/Ronald G. Polly, Jr.<br>*With express permission*<br>Ronald G. Polly, Jr.<br>Georgia Bar No. 583264 |
| One Midtown Plaza, Suite 1205<br>1360 Peachtree Street, NE<br>Atlanta, GA  30309<br>(404) 898-1242<br>cgm@moormanpieschel.com | 303 Peachtree Street NE<br>Suite 4000<br>Atlanta, GA 30308<br>(404) 614-7500<br>rpolly@hpylaw.com |